| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 20-40897<br>Eastern District of Texas<br>Sherman<br>Mon May 11 15:52:23 CDT 2020 | AmeriHome Mortgage<br>1 Baxter Way<br>Suite 300<br>Thousand Oaks, CA 91362-3888 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| American Mortor Car Co<br>4119 Billy Mitchell Dr.<br>Addison, TX 75001-4351 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | Atmos Energy<br>PO Box 650653<br>Dallas, TX 75265-0653 |
| Attorney General of Texas<br>Collections Div/ Bankruptcy Section<br>PO Box 12548<br>Austin, TX 78711-2548 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Limited Too<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Contract Callers<br>PO Box 2207<br>Augusta, GA 30903-2207 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | GEUS/City of Greenville<br>2810 Wesley St.<br>Greenville, TX 75401-4159 |
| Heather Gram-Chavez<br>Marinosci Law Group PC<br>14643 Dallas Parkway<br>75254<br>Dallas, TX 75254-8884 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls/Capital One<br>Attn: Credit Administrator<br>PO Box 3043<br>Milwaukee, WI 53201-3043 |
| LCS Capital<br>6782 S. Potomac St. Ste. 100<br>Centennial, CO 80112-4585 | Marcus Leinart<br>Leinart Law Firm<br>10670 N. Central Expressway<br>Ste 320<br>Dallas, TX 75231-2173 | Linebarger Goggan Blair et al<br>2323 Bryan St, Ste 1600<br>Dallas, TX 75201-2637 |
| Marcus by Goldman Sachs<br>Attn: Bankruptcy<br>PO Box 45400<br>Salt Lake City, UT 84145-0400 | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3070 | Navient<br>Attn: Bankruptcy<br>PO Box 9640<br>Wiles-Barr, PA 18773-9640 |
| One Advantage Llc<br>1232 W. State Rd. 2<br>La Porte, IN 46350-5469 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Varangkana Pattrayanond<br>3502 Stanford St.<br>Greenville, TX 75401-5500 |
| Randolph-Brooks Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 2097<br>Universal City, TX 78148-2097 | Rausch Sturm Attorney at Law<br>15660 N. Dallas Parkway Ste. 350<br>Dallas, TX 75248-3344 | Kavin Saengmanee<br>17601 Preston Rd Apt 131<br>Dallas, TX 75252-5771 |

```
Synchrony Bank/Belk                 Synchrony Bank/TJX                  Texas Alcoholic Beverage Commission
Attn: Bankruptcy                    Attn:  Bankruptcy Dept              Licenses and Permit Division
PO Box 965060                       PO Box 965060                       PO Box 13127
Orlando, FL 32896-5060              Orlando, FL 32896-5060              Austin, TX 78711-3127


Texas Health Resources              Texas Workforce Commission          Txu Electric/TXU Energy
500 E Border Street                 TEC Building- Bankruptcy            Attention: Bankruptcy
Arlington, TX 76010-7463            101 E 15th St                       PO Box 650393
                                    Austin, TX 78778-0001               Dallas, TX 75265-0393


U.S. Attorney General               US Trustee                          United States Attorney General
Department of Justice               Office of the U.S. Trustee          Dept. of Justice
Main Justice Building               110 N. College Ave.                 Main Justice Bldg
10th & Constitution Ave., NW        Suite 300                           10 and Constitution, NW
Washington, DC 20530-0001           Tyler, TX 75702-7231                Washington, DC  20530-0001


United States Attorney's Office     United States Trustee's Office      Wells Fargo Bank NA
110 North College Ave, Ste 700      110 North College Ave, Ste 300      Attn: Bankruptcy
Tyler, TX 75702-0204                Tyler, TX 75702-7231                1 Home Campus MAC X2303-01A
                                                                        Des Moines, IA 50328-0001


Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607-5066
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance              Comptroller of Public Accounts
Attn: National Bankruptcy Center    Revenue Accounting/ Bankruptcy Div
PO Box 166469                       PO Box 13528
Irving, TX 75016                    Austin, TX 78711
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AmeriHome Mortgage Company, LLC  (d)Christopher Moser                (d)PRA Receivables Management, LLC
                                    2001 Bryan Street, Suite 1800       PO Box 41021
                                    Dallas, TX 75201-3070               Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45
```