

06/08/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KAVIN SAENGMANEE AND | § | CASE NO. 20-40897 |
| VARANGKANA PATTRAYANOND, | § | (Chapter 7) |
| | § | |
| DEBTORS | § | |

**ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY
LOCATED AT 3502 STANFORD STREET, GREENVILLE, TEXAS 75401
FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

On this day came on for consideration the Motion for Authority to Sell Real Property Free and Clear of All Liens, Claims and Encumbrances Located at 3502 Stanford Street, Greenville, Texas 75401 ("*Motion*") filed by Christopher J. Moser, Trustee ("*Trustee*"). The Court finds that the Motion contained the appropriate twenty-one (21)-day negative notice language, pursuant to Local Bankruptcy Rule 9007, which directed creditors and parties in interest to file a written objection to the Motion within twenty-one days or the Motion would be deemed by the Court to be unopposed. Due to the failure of any creditor or any party interest to file a timely written response to the Motion, the Court deems the Motion to be unopposed. Therefore, the Court grants the Motion on the terms set forth below. **IT IS THEREFORE,**

**ORDERED** that pursuant to the provisions of 11 U.S.C. §363(f) the Trustee is authorized to sell the real property and improvements located at 3502 Stanford Street, Greenville, Texas 75401 (the "*House*") to Gricelda Martinez and/or her assigns (*"Buyer"*) for the amount of $105,000.00. **IT IS FURTHER,**

**ORDERED** that in the event that the Buyer does not close the sale of the House within fourteen (14) days of the entry of this Order, then the Trustee is authorized, in his discretion, to sell

the House to any third party who pays at least $105,000.00, or more, to purchase the House on similar terms to those set forth in the Motion. **IT IS FURTHER,**

**ORDERED** that at closing the Trustee is authorized: i) to pay AmeriHome Mortgage ("***AHM***") the amount of $87,600.00; ii) to pay the bankruptcy estate a carve-out of approximately $7,500.00 from AHM's lien; iii) to pay normal closing costs, including unpaid property taxes, a title policy and a realtor's commission of $6,300.00. **IT IS FURTHER,**

**ORDERED** that the House, pursuant to §363(f) of the Bankruptcy Code, shall be conveyed free and clear of any liens, claims and encumbrances with all such liens, claims and encumbrances attaching to the proceeds of the sale. The filing of a certified copy of this Order in the real property records shall be sufficient to evidence the release of any mortgage lien asserted by either AHM. A certified copy of this Order may be filed with the appropriate recording offices to evidence cancellation of any recorded encumbrances, claims, liens and other interests against the House recorded prior to the date of this Order. However, the Trustee shall be authorized to execute any documents needed to effectuate the formal release of any mortgage lien of either AHM should such action be needed to close the sale. **IT IS FURTHER,**

**ORDERED** that AHM shall release its mortgage lien upon the House upon being paid in accordance with the provisions of this Order. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to do any and all things necessary to transfer title to the Buyer of the House and to close the above sale. **IT IS FURTHER,**

**ORDERED** that the fourteen (14) day stay provided under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall not apply and the Trustee may close the sale of the House immediately upon entry of this Order.

Signed on 6/8/2020

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE