**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 20-40897 |
| Kavin Saengmanee and § | |
| Varangkana Pattrayanond § | CHAPTER 7 |
| DEBTOR(S) § | |
| § | |
| AmeriHome Mortgage Company, LLC § | |
| MOVANT § | |

## CERTIFICATE OF SERVICE

I, Heather Gram-Chavez, certify that a true and correct copy of the attached Order and Notice of Hearing was served on the Debtors, Debtors' Counsel, Trustee, Broker, and Third-Party Buyer via overnight United States Mail at the addresses listed below on July 20, 2020:

Debtors' Attorney
Marcus Leinart
10670 N. Central Expressway
Ste 320
Dallas, TX 75231

Debtor
Kavin Saengmanee
17601 Preston Rd Apt 131
Dallas, TX 75252

Debtor
Varangkana Pattrayanond
3502 Stanford St.
Greenville, TX 75401

US Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242

Chapter 7 Trustee
Christopher Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201

Broker
Michael Crane
730 Lipscomb Avenue
Dallas, Texas 75214

Third-Party Buyer
Gricelda Martinez
3692 Hwy 380
Greenville, TX 75401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Kavin Saengmanee and | § | Case No. 20-40897 |
| Varangkana Pattrayanond, | § | |
| | § | |
| | § | |
| Debtors | § | Chapter 7 |

### ORDER SCHEDULING EMERGENCY HEARINGS

**ON THIS DATE** the Court considered the Emergency Motion to Impose Stay as to Former Estate Property and Motion to Require Court Approval of Any Subsequent Sale of Property known as 3502 Stanford Street, Greenville, Texas 75401, filed on July 17, 2020, and the Amended Motion To Vacate Order Granting Motion To Sell Property Free And Clear Of Liens And Motion To Reconsider Granting Motion To Sell Property Free And Clear Of Liens, filed on July 17, 2020 (the "Motions") and finds cause to schedule Emergency Hearings on both Motions. Accordingly,

**IT IS THEREFORE ORDERED** that a telephonic hearing is scheduled for July 21, 2020 at 1:00 p.m. on both Motions. Parties are instructed to dial 1-888-675-2535, and use Access No. 4225607 and Security Code No. 6324, to attend the hearing.

(A) Parties may submit exhibits by attaching the proposed exhibits to that party's witness and exhibit list. The proposed exhibits shall be marked in accordance with the Court's Local Bankruptcy Rules as if they were being offered at an in-person hearing.

(B) Parties may present direct witness testimony by affidavit or declaration under penalty of perjury. Such affidavit or declaration shall be attached to, and filed with, the witness and exhibit list. If there are no objections to the testimony, the party may proffer the testimony at the hearing. If there is an objection and an opposing party wishes to cross-examine the witness, (i) the party seeking cross-examination shall notify the party offering the witness and any other party-in-interest at least one day prior to the scheduled hearing, and (ii) the witness must be made available for cross-examination at the hearing.

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this emergency hearing by forwarding a copy of this Order by the most expedient means available,

including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 7/20/2020

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE