# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-40897 |
| | § | |
| KAVIN SAENGMANEE AND | § | |
| VARANGKANA PATTRAYANOND | § | |
| DEBTERS | § | CHAPTER 7 |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that S. David Smith with the law firm of Bradley Arant Boult Cummings LLP makes his appearance as co-counsel for AmeriHome Mortgage Company, LLC, a secured creditor and party in interest in the above-captioned proceeding ("Creditor").

Mr. Smith requests that he receive notice of all orders, notices given or required to be given, and all papers served or required to be served in this case at the address below.

> S. David Smith
> Bradley Arant Boult Cummings LLP
> 600 Travis Street, Suite 4800
> Houston, Texas  77002
> sdsmith@bradley.com
> 713-576-0307
> 713-576-0301 (Fax)

Mr. Smith additionally requests that the Debtors, Trustee, and the Clerk of the Court place his contact information on any mailing matrix to be prepared or existing in the above-captioned proceeding, and on any list of creditors to be prepared or existing in the above-captioned proceeding.

Respectfully submitted,



By:     */s/ S. David Smith*
**S. David Smith**
Texas Bar No. 18682550
Fed. I.D. No. 14233
sdsmith@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR***
***AMERIHOME MORTGAGE COMPANY, LLC***

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2020, a true correct copy of the above and foregoing was served electronically or by First Class US Mail on all parties as identified below:

***Via email, Attorneys for Debtors:***

**Marcus Leinart**
**LEINART LAW FIRM**
10670 N. Central Expressway
Ste 320
Dallas, TX 75231
469-232-3328
214-221-1755 (fax)
ecf@leinartlaw.com

***Via email, Chapter 7 Trustee***
**Christopher Moser**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 880-1805
(214) 871-2111 (fax)
cmoser@qslwm.com

*<u>Via First Class, US Mail United States Trustee</u>*
**U.S. Trustee**
110 N. College Ave
Suite 300
Tyler, TX 75702

*/s/ S. David Smith*
**S. David Smith**