

07/23/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KAVIN SAENGMANEE AND | § | CASE NO. 20-40897 |
| VARANGKANA PATTRAYANOND, | § | (Chapter 7) |
| | § | |
| DEBTORS | § | |

**ORDER ON AMENDED MOTION TO VACATE ORDER
GRANTING MOTION TO SELL PROPERTY FREE AND CLEAR OF
ALL LIENS, CLAIMS, AND ENCUMBRANCES AND MOTION TO RECONSIDER
GRANTING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS**

On this day came on for consideration the Amended Motion to Vacate Order Granting Motion to Sell Property Free and Clear of Liens and Motion to Reconsider Granting Motion to Sell Property Free and Clear of Liens ("*Motion*") (Doc. #32) filed by AmeriHome Mortgage Company, LLC ("*AmeriHome*"). Counsel for AmeriHome and Christopher J. Moser, Trustee ("*Trustee*") appeared at the hearing and argued the merits of the Motion. The Court after considering the evidence and arguments of counsel denies the Motion. **IT IS THEREFORE,**

**ORDERED** that for the reasons stated on the record the Court denies the Motion.

Signed on 7/23/2020

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE