EOD
07/23/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KAVIN SAENGMANEE AND | § | CASE NO. 20-40897 |
| VARANGKANA PATTRAYANOND, | § | (Chapter 7) |
| | § | |
| DEBTORS | § | |

**ORDER ON EMERGENCY MOTION TO IMPOSE STAY**
**AS TO FORMER ESTATE PROPERTY AND MOTION TO**
**REQUIRE COURT APPROVAL OF ANY SUBSEQUENT SALE OF**
**PROPERTY KNOWN AS 3502 STANFORD STREET, GREENVILLE, TEXAS 75401**

On the 21st day of July, 2020, came on for hearing the Emergency Motion to Impose Stay as to Former Estate Property and Motion to Require Court Approval of any Subsequent Sale of Property Known as 3502 Stanford Street, Greenville, Texas 75401 ("***Motion***") (Docket #34) filed by AmeriHome Mortgage Company, LLC ("***AmeriHome***"). Counsel for AmeriHome and Christopher J. Moser, Trustee ("***Trustee***") appeared at the hearing and argued the merits of the Motion. The Court after considering the evidence and arguments of counsel denies the Motion. **IT IS THEREFORE,**

**ORDERED** that for the reasons stated on the record the Court denies the Motion.

Signed on 7/23/2020

Brenda T. Rhoades SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE