IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| KAVIN SAENGMANEE AND § | CASE NO. 20-40897 |
| VARANGKANA PATTRAYANOND, § | (Chapter 7) |
| § | |
| DEBTORS § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

On this day came on for consideration the Motion to Approve Settlement Agreement ("***Motion***") filed by Christopher J. Moser, Trustee ("***Trustee***"). The Court finds that proper notice of the Motion has been given to all parties in interest and that no party has objected to the Motion. The Court further finds that the granting of the Motion is in the best interest of the bankruptcy estate. **IT IS THEREFORE,**

**ORDERED** that the Motion is GRANTED. **IT IS FURTHER,**

**ORDERED** that the Confidential Settlement and Release Agreement (the "***Settlement Agreement***") attached to the Motion is approved as being fair, reasonable and in the best interests of the bankruptcy estate and all parties in interest. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to enter into the Settlement Agreement. **IT IS FURTHER,**

**ORDERED** that all parties to the Settlement Agreement are authorized and directed to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion and to implement the terms of the Settlement Agreement without further notice, hearing or order of the Court. **IT IS FURTHER,**

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed on 11/15/2021

_Brenda T. Rhoades_  YM
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE